UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA FOBAR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:25-cv-2359 DAD CKD (SS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO DISMISS, AND DIRECTING DEFENDANT TO FILE THE ADMINISTRATIVE RECORD</u><br><br>(Doc. Nos. 8, 11) |

Plaintiff, proceeding with counsel, filed this action on August 19, 2025, seeking judicial review of a final decision of the Commissioner of Social Security denying an application for benefits under the Social Security Act. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2025, defendant filed a motion to dismiss this action as time-barred. (Doc. No. 8.) The assigned magistrate judge reviewed the parties' briefing on the motion and, on April 13, 2026, issued findings and recommendations recommending that defendant's motion to dismiss be denied. (Doc. No. 11.) Specifically, the magistrate judge concluded that the court records reflect that plaintiff's complaint in this action was timely electronically filed on August 15, 2025, even though it was not docketed until August 19, 2025, and that defendant's motion to

/////

dismiss this action as time barred should be denied. (*Id.* at 3–4) (citing *Escobedo v. Applebees*, 787 F.3d 1226, 1232–33 (9th Cir. 2015).[1]

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) Neither party has filed objections and the time in which to do so has passed. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 13, 2026 findings and recommendations (Doc. No. 11) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 8) is DENIED;
3. The defendant Commissioner is directed to file a copy of the administrative record no later than 60 days after the date of this order; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 27, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court apologizes to the parties for the delay in the issuance of this order. Due to an administrative oversight the undersigned was unaware that the findings and recommendations were pending until recently.